IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>KEVIN L. GARRISON,<br><br>             Defendant. | **4:17CR3013**<br><br>**ORDER** |

On July 7, 2022, the defendant appeared in person with his attorney, Jessica L. Milburn. The United States was represented by Matthew R. Molsen, Assistant United States Attorney. Defendant admits he violated Allegation 1, Mandatory Condition, of his terms and conditions of supervised release. The Court finds that the admission was knowing, fully informed, and voluntary and there is a factual basis for the admission and accepts the admission as alleged in the Petition for Offender Under Supervision (filing 50).

IT IS ORDERED: Defendant's term of supervised release is not revoked and the conditions of supervised release will remain under the same terms and conditions as previously imposed until January 3, 2025.

The Court sustains the Government's motion to dismiss Allegation 2 of the Petition for Offender Under Supervision (filing 50).

Dated this 7th day of July, 2022.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
United States District Judge